B1 (Official Form 1 (1/08))

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>AXIANT, LLC, a Delaware limited liability company | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>NOT APPLICABLE |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>MB Solutions LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 20-5784333 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>9930 Kincey Avenue, 3rd Floor<br>Huntersville, NC          ZIP CODE 28078 | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Mecklenburg County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>702 King Farm Boulevard, Rockville, MD          ZIP CODE 20850 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state the type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☒ Chapter 11           Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                                    Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily   ☒ Debts are primarily<br>Debts, defined in 11      business debts.<br>U.S.C. § 101(8) as<br>"incurred by an<br>individual primarily<br>for a personal, family,<br>or household purpose." |

| Filing Fee (Check one box.) | Chapter 13 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>--------------------------------------<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 Billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

CH\1134337.1

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>AXIANT, LLC, a Delaware limited liability company | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**AXIANT, LLC**, a Delaware limited liability company |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Representative)<br><br>X _____<br>  (Printed Name of Foreign Representative)<br><br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ *Michael Nestor* (No. 3526)<br>Signature of Attorney for Debtor(s)<br><br>Joseph M. Barry (No. 4221)<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>  and<br>David S. Heller<br>Josef S. Athanas<br>LATHAM & WATKINS LLP<br>233 S. Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: Josef.athanas@lw.com<br><br>Date November 20, 2009<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Kevin Keleghan<br>  Kevin Keleghan<br>  President and Chief Executive Officer<br><br>Date: November 20, 2009 | |

# RESOLUTIONS ADOPTED BY
# THE BOARD OF DIRECTORS OF
# AXIANT, LLC

November 18, 2009

Pursuant to the Delaware Limited Liability Company Act, the undersigned, being all of the members of the board of directors (the "Board") of Axiant, LLC, a Delaware limited liability company (the "Company") consent to and adopt the following resolutions and direct that such action be filed with the minutes of the proceedings of the Board of the Company:

WHEREAS, the Board of the Company has determined that it is desirable and in the best interests of the Company, its creditors, members, and other interested parties, that a voluntary petition (the "Chapter 11 Case") be filed by the Company to seek relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board has determined that it is desirable and in the best interests of the Company, its creditors, members, and other interested parties that in connection with the Chapter 11 Case the Company immediately commence a sale process pursuant to sections 363 and 365 of the Bankruptcy Code to sell all or substantially all of its assets (the "Sale Process").

## Commencement of Bankruptcy Case

NOW THEREFORE BE IT RESOLVED, that each "proper officer" (as defined below) of the Company shall be, and hereby is, authorized and directed on behalf of the Company to execute and verify said petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court in such form and at such time as the officer executing said petition shall determine; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized and directed on behalf of the Company to execute and verify the necessary documents in connection with the commencement of the Chapter 11 Case in the name of the Company in such form and at such time as the proper officer executing said petition shall determine; and it is further

### Postpetition Use of Cash Collateral

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and take all actions necessary or appropriate for the Company to enter into one or more cash collateral agreements and such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "Credit Documents") as may be deemed necessary or appropriate by the proper officer; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the proper officer deems necessary and proper in connection with the Chapter 11 Case or with any cash collateral agreements contemplated hereby; and it is further

### Sale Process

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to commence the Sale Process to negotiate the sale of substantially all of the Company's assets and to sell substantially all of the Company's assets, including under one or more asset purchase agreements at the conclusion of an auction for the Company's assets to effectuate the foregoing, or under one or more stalking horse asset purchase agreements, and to enter into such asset purchase agreements and all other documents, agreements or instruments (collectively, the "Sale Documents") as may be deemed necessary or appropriate by the proper officer; and it is further

**RESOLVED**, that each proper officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Sale Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the proper officer deems necessary and proper in connection with the Chapter 11 Case or with any sale of the Company's assets contemplated hereby; and it is further

## Retention of Professionals

RESOLVED, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP, 233 S. Wacker Drive, Chicago, IL 60606 and Young Conaway Stargatt & Taylor LLP ("Young Conaway"), 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 as attorneys for the Company in connection with the Chapter 11 Case, the Sale Process and the negotiation of cash collateral agreement(s) and any Credit Documents, as the case may be; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the financial services firm of SSG Capital Advisors, LLC ("SSG"), as financial advisor and investment banker for the Company in connection with the Chapter 11 Case, the Sale Process and the negotiation of any cash collateral agreement(s) and any Credit Documents, as the case may be; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the claims and noticing firm of Epiq Systems ("Epiq"), as claims agent for the Company in connection with the Chapter 11 Case, the Sale Process and the negotiation of cash collateral agreement(s) and any Credit Documents, as the case may be; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with Latham & Watkins LLP and its affiliates, Young Conaway, SSG, and Epiq, the "Professionals") as may be deemed necessary or appropriate by the proper officer; and it is further

## General

RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to

incur all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED,** that for the purposes of these resolutions, the "proper officers" of the Company shall be the Chief Executive Officer and the Chief Financial Officer of the Company.

*[signature page follows]*

The undersigned directors of the Board of the Company consent to and confirm these resolutions effective as of the 18th day of November 2009.

**DIRECTORS:**

_____   _____
Kevin Keleghan, Chairman           Jeffrey Rodek

*[signature]*
_____   _____
Scott Werner                       J. Michael Cline

The undersigned directors of the Board of the Company consent to and confirm these resolutions effective as of the 18th day of November 2009.

**DIRECTORS:**

_____  _____
Kevin Keleghan, Chairman      Jeffrey Rodek

_____  _____
Scott Werner                  J. Michael Cline

CJM\1347092

The undersigned directors of the Board of the Company consent to and confirm these resolutions effective as of the 18th day of November 2009.

DIRECTORS:

_____
Kevin Keleghan, Chairman

_____
Scott Werner

_____
Jeffrey Rodek

_____
J. Michael Cline

CH\11347092

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| AXIANT, LLC, | Case No. 09-_____ (___) |
| Debtor.[1] | |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 20 largest unsecured claims against the above-captioned Debtor that has commenced a chapter 11 case in this Court (the "**Debtor**"). This list has been prepared from the unaudited books and records of the Debtor. The list reflects amounts from the Debtor's books and records as of November 20, 2009.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtor's chapter 11 case. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. Section 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

---

[1] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina, 28078, attn: Kevin Keleghan, President and CEO.

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 1 | Mann Bracken, LLP<br>702 King Farm Blvd.<br>Rockville, MD 20850 | Attn: Officer or agent authorized to accept service<br>Tel 240.386.3097<br>Fax 240.386.3815 | Professional Services, Trade Debt | | $10,561,063.00 |
| 2 | Irwin J. Eskanos<br>770 San Ramon Valley Blvd<br>Danville, CA 94526 | Attn: Officer or agent authorized to accept service<br>Tel 925.791.1440<br>Fax 925.791.1444 | Professional Services, Indemnity Agreement, Lease Obligations | | $720,000.00 |
| 3 | ONE IRVINGTON CENTRE ASSOCIATION<br>c/o Americas Capital Partners<br>444 Brickell Ave., Ste. 900<br>Miami, FL 33131 | Attn: Officer or agent authorized to accept service<br>Tel 703.234.3050<br>Fax 703.435.2479 | Lease Obligations | | $597,020.59 |
| 4 | KEY EQUIPMENT FINANCE<br>1000 South McCaslin Blvd.<br>Superior CO 80027 | Attn: Officer or agent authorized to accept service<br>Tel 251.443.7028<br>Fax 216.357.6539 | Trade Debt | | $287,350.56 |
| 5 | LEXISNEXIS ACCURINT RISK & INFORMATION ANALYTICS<br>Accurint #1449170<br>P.O. Box 7247-6157<br>Philadelphia, PA 19170-6157 | Attn: Officer or agent authorized to accept service<br>Tel 866.242.9973<br>Fax 561.893.8090 | Trade Debt | | $285,840.35 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 6 | CENTER FOR BUSINESS SOLUTIONS, INC 915 Goshawk Road Eaton, CO 80615 | Attn. Jeremy Roberts Tel 801.448.7148 Fax 909.498.5174 | Trade Debt | | $269,777.01 |
| 7 | QWEST 1801 California Street Denver, CO 80202 | Attn: Officer or agent authorized to accept service Tel 303.992.1400 Fax 303.992.1724 | Trade Debt | | $253,787.88 |
| 8 | Microsoft Licensing, GP 6100 Neil Road Reno, NY 89511 | Attn: Officer or agent authorized to accept service Tel 775.823.5600 Fax 775.826.0531 | Trade Debt | | $204,475.63 |
| 9 | XEROX CORPORATION (BOX 650361) 42 Glover Avenue P.O. Box 4505 Norwalk, CT 06856-4505 | Attn: Officer or agent authorized to accept service Tel 203.968.3000 Fax 203.849.2479 | Trade Debt | | $195,581.15 |
| 10 | PITNEY BOWES 2225 American Drive Neenah, WI 54656 | Attn: Officer or agent authorized to accept service Tel 920.731.8387 Fax 920.749.1339. | Trade Debt | | $181,852.83 |
| 11 | JAVITCH, BLOCK & RATHBONE 1100 Superior Av. 19th Floor Cleveland, OH 44114-2531 | Attn. Bruce A. Block Tel 216.623.0000 Fax 216.623.0190 | Professional Services | | $175,967.08 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 12 | BLATT, HASENMILLER, 125 South Wacker Dr., Ste. 400 Chicago, IL 60606 | Attn. Kenneth R. Wake Tel 312.704.9440 Fax 312.704.9430 | Professional Services | | $161,638.65 |
| 13 | ZARZAUR & SCHWARTZ 2209 Morris Avenue Birmingham, AL 35203 | Attn. Ben Zarzaur Tel 205.250.8437 Fax 205.328.1958 | Professional Services | | $158,257.54 |
| 14 | TAHOE PARTNERS 770 N. Halsted, Ste. 502 Chicago, IL 60642 | Attn: Officer or agent authorized to accept service Tel 312.491.3000 Fax 312.491.3100 | Professional Services | | $143,622.28 |
| 15 | Behringer Harvard Paces West Behringer Harvard Reit I, Inc. 15601 Dallas Parkway, Ste 600 Addison, TX 75001 | Attn: Officer or agent authorized to accept service Tel 214.655.1600 Fax 214.655.1610 | Lease Obligations | | $134,899.83 |
| 16 | SESSOMS ROGERS 3326 Durham-Chapel Hill Blvd, Ste A200 Durham, NC 27707 | Attn. Lee Rogers Tel 919.688.1000 Fax 919.688.9000 | Professional Services | | $126,659.25 |
| 17 | JOHNSON, RIDDLE & MARK, LLC 11778 S. ELECTION RD, STE 240 Draper, UT 84020 | Attn. Michelle Morgan Tel 801.285.5700 Fax 801.285.5701 | Professional Services | | $112,376.98 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 18 | ROTH STAFFING COMPANIES L.P. 333 City Boulevard West, Ste. 100 Orange, CA 32868 | Attn: Officer or agent authorized to accept service Tel 714.939.8600 Fax 714.939.8688 | Trade Debt | | $102,819.04 |
| 19 | HOWARD LEE SCHIFF, P.C. 510 Tolland Street East Hartford, CT 06180-2501 | Attn. Christopher T. Moylan Tel 860.528.9991 Fax 860.528.7602 | Professional Services | | $97,907.87 |
| 20 | BUFFALOE & ASSOCIATES 201 4th Avenue North, Ste 1300 Nashville, TN 37219 | Attn. John E. Buffaloe, Jr. Tel 615.256.2642 Fax 615.259.8313 | Professional Services | | $92,846.13 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| AXIANT, LLC, | Case No. 09-_____ (___) |
| Debtor.[2] | |

DECLARATION CONCERNING DEBTOR'S LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Kevin Keleghan, President and Chief Executive Officer of Axiant, LLC, a Delaware limited liability company, declare under penalty of perjury that I have reviewed the list of creditors holding the 20 largest unsecured claims submitted herewith, and that the list is true and correct to the best of my information and belief.

Dated: November 20, 2009

_____
Kevin Keleghan
President and Chief Executive Officer

---

[2] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina, 28078, attn: Kevin Keleghan, President and CEO.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| AXIANT, LLC, | Case No. 09-_____ (___) |
| Debtor.[1] | |

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rule 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the List of Equity Security Holders attached hereto, representing the record holders as of November 20, 2009.

---

[1] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina 28078, attn: Kevin Keleghan, President and CEO.

# List of Equity Security Holders of Record

| Name and last known address of holder | Security Class (e.g., common, preferred, etc.) | Number of Securities | Type of Interest |
|---|---|---|---|
| MB Solutions Acquisition Corp.<br>51 Madison Avenue, 31st Floor<br>New York, NY 10010 | Preferred | 39.88% | 52,800,000 Series A Preferred Shares<br><br>20,571,428 Series B Preferred Shares<br><br>279,741,650 Series D Preferred Shares |
| MB Solutions Second Acquisition Corp.<br>51 Madison Avenue, 31st Floor<br>New York, NY 10010 | Preferred | 48.28% | 427,500,000 Series D Preferred Shares |
| FirstLight Funding I, Ltd<br>280 Park Avenue, 28th Floor<br>New York, NY 10017 | Preferred | 10.14% | 6,071,437 Series A Preferred Shares<br><br>2,365,495 Series B Preferred Shares<br><br>81,325,250 Series D Preferred Shares |
| W. Christopher Bracken, IV<br>2727 Paces Ferry Rd, Suite 1400,<br>Atlanta, Georgia 30339 | Preferred | 0.69% | 6,000,000 Series D Preferred Shares |
| Stuart H. Bracken<br>Firethorn<br>Four Concourse Parkway NE,<br>Suite 475<br>Atlanta, GA 30328 | Preferred | 1.01% | 9,000,000 Series D Preferred Shares |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AXIANT, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 09-_____ (___) |

## DECLARATION REGARDING
## LIST OF EQUITY SECURITY HOLDERS

I, Kevin Keleghan, President and Chief Executive Officer of Axiant, LLC, a Delaware limited liability company, declare under penalty of perjury that I have reviewed the List of Equity Security Holders submitted herewith, and that the list is true and correct to the best of my information and belief.

Dated: November 20, 2009

_____
Kevin Keleghan
President and Chief Executive Officer

---

[1] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina 28078, attn: Kevin Keleghan, President and CEO.