UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                              Chapter 11

AXIANT, LLC,                                        Case No. 09-14118 (MFW)
                    Debtor.

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Saul Ewing LLP appears for and on behalf of the Ad Hoc Committee of Law Firm Creditors ("the Ad Hoc Committee") in this bankruptcy matter.

**NOTICE IS FURTHER GIVEN** that the Ad Hoc Committee requests that all notices given or required to be given in the above-captioned chapter 11 case (including, but not limited to all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

> Teresa K.D. Currier, Esquire
> Lucian B. Murley, Esquire
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE  19899
> Telephone:   (302) 421-6826
> Facsimile:   (302) 421-5873
> E-mail: tcurrier@saul.com
> E-mail: lmurley@saul.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interests of the Ad Hoc Committee and its members.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Federal Rule of Bankruptcy Procedure 3017(a), the Ad Hoc Committee requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of the Ad Hoc Committee or any member therof (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

SAUL EWING LLP

By: /s/ signature
Teresa K.D. Currier (No. 3080)
Lucian B. Murley (No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: tcurrier@saul.com
Email: lmurley@saul.com

Counsel for the Ad Hoc Committee of
Law Firm Creditors

Dated: December 3, 2009