IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AXIANT, LLC, | Case No. 09-14118 (MFW) |
| Debtor.[1] | Hearing Date: December 14, 2009 at 4:00 p.m. (ET) |

## NOTICE OF FILING OF REVISED PROPOSED BID PROCEDURES ORDER, BID PROCEDURES AND ASSET PURCHASE AGREEMENT

TO: (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) ALL PARTIES ASSERTING A SECURITY INTEREST IN THE ASSETS OF THE DEBTOR TO THE EXTENT REASONABLY KNOWN TO THE DEBTOR, INCLUDING MB SOLUTIONS SECOND ACQUISITION CORP. AS HOLDER OF A SENIOR SECURED NOTE FROM THE DEBTOR; (C) COUNSEL TO THE CREDITORS' COMMITTEE; AND (D) THE INTERNAL REVENUE SERVICE.

**PLEASE TAKE NOTICE** that on November 20, 2009, the above-captioned debtor and debtor-in-possession (the "Debtor") filed it *Motion of the Debtor for Entry of Orders, Pursuant to 11 U.S.C. §§ 105(a), 363, 365, 503, and 507 and Federal Bankruptcy Rules 2002, 6004, 6006, and 9014: (A)(I) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets; (II) Scheduling a Hearing to Consider the Sale and Approving the Form and Manner of Notices; (III) Establishing Procedures for Assumption and Assignment of Certain Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Authorizing Payment of Break-Up Fee and Expense Reimbursement Fee and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Such Assets Free and Clear of Liens, Claims and Encumbrances and Other Interests; (II) Authorizing and Approving Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (the "Motion")[Docket No. 17]. You were previously served with the Motion.

**PLEASE TAKE FURTHER NOTICE** that as indicated on the *Notice of Agenda Matters Scheduled for Hearing on December 14, 2009 at 4:00 p.m. (ET)* (the "Agenda") filed by the Debtors on December 10, 2009 [Docket No. 69], the stalking horse bidder proposed in the Motion terminated its obligation to proceed with the proposed sale process. As you were notified in the Agenda, the Debtor has filed the following annexed hereto:

Exhibit 1:    Revised Proposed Bid Procedures Order;

---

[1] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina 28078, attn: Kevin Keleghan, President and CEO.

Exhibit 2: Blackline of the Revised Proposed Bid Procedures Order against the form of order filed with the Motion;

Exhibit 3: Revised Proposed Bid Procedures;

Exhibit 4: Blackline of the Revised Proposed Bid Procedures against the form of bid procedures filed with the Motion;

Exhibit 5: Proposed form of Asset Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION, <u>AS MODIFIED AND SUPPLEMENTED BY THE EXHIBITS ANNEXED HERETO</u>, WILL BE HELD **DECEMBER 14, 2009 AT 4:00 P.M. (ET)**, BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

Dated: December 11, 2009
Wilmington, Delaware

Respectfully Submitted,

*/s/ Joseph M. Barry*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
Stephen R. Tetro II
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

PROPOSED ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION