# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AXIANT, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 09-14118 (MFW)<br><br>Re: 111 |

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE DEBTOR'S MOTION FOR AN ORDER (I) CONVERTING THE CASE TO CHAPTER 7 OF THE BANKRUPTCY CODE AND (II) SETTING BAR DATE FOR FILING FINAL FEE APPLICATIONS AND ESTABLISHING A HEARING DATE THEREON

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order providing that the applicable notice period for the *Debtor's Motion for an Order (I) Converting the Case to Chapter 7 of the Bankruptcy Code and (II) Setting Bar Date for Filing Final Fee Applications and Establishing a Hearing Date Thereon* (the "Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtor, its estates and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The federal tax identification number of the Debtor in this case is 20-5784333, and the mailing address is 9930 Kincey Avenue, 3rd Floor, Huntersville, North Carolina 28078, attn: Kevin Keleghan, President and CEO.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

ORDERED, that the Motion shall be heard December 28, 2009 at 11:30 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served upon counsel to the Debtors no later than 12:00 p.m. (ET) on December 24, 2009; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
December 21, 2009

*signature*
Mary F. Walrath
United States Bankruptcy Judge

DB02:9052144.1
067901.1001