# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AXIANT, LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 09-14118 (MFW) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears as two of the counsel to the Class Action Plantiffs in the case of *In re National Arbitration Forum Litigation*, Civil Action No. 09-1939 (D. Minn.), an MDL action, in which the plaintiffs therein are parties-in-interest in the above-captioned case, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

       Jonathan M. Landers, Esq.
       Lois F. Dix, Esq.
       **MILBERG LLP**
       One Pennsylvania Plaza, 49th Floor
       New York, New York 10119
       Tel: (212) 594-5300
       Fax: (212) 868-1229
       E-mail: jlanders@milberg.com
               ldix@milberg.com

       -and-

       Theresa V. Brown-Edwards, Esquire
       **POTTER ANDERSON & CORROON LLP**
       1313 North Market Street
       Wilmington, DE 19801
       (302) 984-6000 (Tel)
       (302) 658-1192 (Fax)
       tbrown-edwards@potteranderson.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the Class Action Plaintiffs' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Class Action Plaintiffs are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: New York, New York
      January 14, 2010

POTTER ANDERSON & CORROON LLP

By: _____
Theresa V. Brown-Edwards (Bar No. 4225)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6000
Fax: (302) 658-1192

and

MILBERG LLP
Jonathan M. Landers
Lois F. Dix
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
E-mail: jlanders@milberg.com
       ldix@milberg.com

Two of the Attorneys for the Class Action Plaintiffs
in the case of *In re: National Arbitration Forum
Litigation*, Civil Action No. 09-1939 (D. Minn.)

3