# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                         **Chapter:** 7
Axiant. LLC.
9930 Kincey Avenue, 3rd Floor
Huntersville, NC 28078

  **EIN:** 20–5784333                        **Case No.:** 09–14118–MFW
MBSolutions LLC


## NOTICE OF CONVERSION OF CHAPTER 11 TO CHAPTER 7


**NOTICE IS HEREBY GIVEN** that on 12/28/09 the chapter 11 petition filed by the above–named debtor(s) converted to a chapter 7 petition. If you have previously filed a request for allowance and/or payment of an administrative expense, that request will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim(s) will be scheduled for a hearing.


David D. Bird, Clerk


Dated: 1/22/10

(VAN–038)