UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : Chapter 7 |
|---|---|
| AXIANT, LLC., | : Case No. 09-14118 (MFW) |
| Debtor. | : |

## ORDER

Milberg LLP, co-counsel for Anthony Magnone, Randal Kinnunen, and the purported class plaintiffs in the *In re National Arbitration Forum Litigation*, pending in the United States District Court for the District of Minnesota, Civil No. 09-1939 (PAM-JSM) (the "Class Plaintiffs"), and Dewey & LeBoeuf LLP, attorneys for MB Solutions Second Acquisition Corp., having filed a Stipulation Further Extending Time for Class Plaintiffs to Challenge the Liens of MB Solutions Second Acquisition Corp. (the "Stipulation"), and a Certification of Counsel in Support of the Stipulation (the "Certification of Counsel"), and the Court having reviewed the Stipulation and the Certification of Counsel.

IT IS ON THIS 3rd DAY OF MARCH, 2010

HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Class Plaintiffs shall have until April 2, 2010, to allow them to investigate the extent, priority and validity of the liens.

_____
HONORABLE MARY F. WALWRATH
UNITED STATES BANKRUPTCY JUDGE

955412/35236