IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AXIANT, LLC, | : | Case No. 09-14118 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 17, 2010 AT 2:00 P.M.**

**CONTINUED MATTERS**

    None

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION**

1. Motion for an Order Authorizing the Chapter 7 Trustee to Return COBRA Funds [Docket No. 377; Filed on February 25, 2010]

    Response Deadline: March 10, 2010 at 4:00 p.m.

    Responses Received: None

    Related Documents:

        A.    Certification of No Objection [Docket No. 399 Filed on March 15, 2010]

        B.    Proposed form of Order with related Docket No. 377

    Status: Certification of No Objection has been filed.

**UNCONTESTED MATTERS GOING FORWARD**

    None

**CONTESTED MATTERS**

    None

                              **FOX ROTHSCHILD LLP**

                      By: */s/ Sheldon K. Rennie*
                          Sheldon K. Rennie, Esquire
                          Delaware Bar No. 3772
                          19 North Market Street, Suite 1300
                          Wilmington, DE 19801-3046
                          (302) 654-7444/Fax (302) 656-8920

                                  -and-

                          Michael G. Menkowitz, Esquire
                          2000 Market Street, 20th Floor
                          Philadelphia, PA 19103-3222
                          (215) 299-2000/Fax (215) 299-2150

                          Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of Axiant, LLC

Dated: March 15, 2010